U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 701**

| In the Matter of | Case Number: |
|---|---|
| Jose Pulido, on behalf of himself and all other similarly situated persons, known and unknown, vs. Kellyknot Drywall, Inc. and Larry Elliot, individually | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE BUCKLO**
**MAGISTRATE JUDGE VALDEZ**

| NAME (Type or print) |
|---|
| Douglas M. Werman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Douglas M. Werman |
| FIRM |
| Werman Law Office, P.C. |
| STREET ADDRESS |
| 77 W. Washington Street, Suite 1402 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204740 | (312) 419-1008 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT