# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 08-C-701

Jose Pulido, on behalf of himself and all other similarly situated persons, known and unknown,
        Plaintiff,
v.

Kellyknot Drywall, Inc., and Larry Elliot, individually,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Kellyknot Drywall, Inc. and Larry Elliot – Defendants.

| |
|---|
| NAME: (Type or Print) <br> James J. Convery |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s:/James J. Convery |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |

| | |
|---|---|
| CITY/STATE/ZIP: Chicago, Illinois 60610 | e-mail: jconvery@lanermuchin.com |
| ID NUMBER: 06180697 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐ | NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I caused the foregoing Appearance to be served upon counsel of record listed below via the operation of this Courts electronic filing system the Defendants this 1st day of April, 2008 to:

>Douglas M. Werman
>Maureen A. Bantz
>Werman Law Office, P.C.
>77 West Washington Street
>Suite 1402
>Chicago, IL  60602
>dwerman@flsalaw.com
>mbantz@flsalaw.com

>S:/Jennifer A. Naber
>Jennifer A. Naber